

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020
```

August 21, 2020

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Schik*, 20 Civ. 2211 (MKV)

Dear Judge Vyskocil:

    This Office represents the United States (the "Government"), Plaintiff in this Bank Secrecy Act matter brought against Defendant Walter Schik for failure to file Reports of Foreign Bank and Financial Accounts. I write respectfully to request an adjournment of the initial case management conference currently scheduled for September 2, 2020, and associated deadlines for filing the parties' joint pre-conference letter and proposed scheduling order. The Government makes the request as the undersigned serves as an instructor for a New York University Law School course entitled "Government Civil Litigation," which was recently re-scheduled due to COVID-related changes to Wednesday mornings, and thus now conflicts with the initial conference in this matter. This is the Government's first request to adjourn the initial conference and associated deadlines, and Plaintiff's counsel consents to the request. Plaintiff's counsel has indicated that they are generally available Mondays through Thursdays, with the exception of Monday and Thursday mornings; the undersigned is generally available during those times as well, with the previously-noted exception of Wednesday mornings.

    I apologize for any inconvenience caused and thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/ Stephen Cha-Kim
STEPHEN CHA-KIM
Assistant United States Attorney
(212) 637-2768
stephen.cha-kim@usdoj.gov

---

The initial pretrial conference is rescheduled to occur at 2:00PM on September 2, 2020. The deadlines for submission of the Parties' joint letter and proposed case management plan remain the same.

Date: 8/24/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge