```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

August 24, 2020

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. Walter Schik*
            20-CV-02211

Dear Judge Vyskocil:

    We represent Walter Schik in the above-referenced matter. An initial conference in this matter is currently scheduled for September 2, 2020 at 2pm. We write to respectfully request that the initial conference be rescheduled as counsel currently has a conference scheduled for that exact date and time in another matter. We apologize for any inconvenience to the Court. AUSA Stephen Cha-Kim consents to this request.

                                                                         Respectfully submitted,

                                                                         Juliet L. Fink

---

The initial conference in this case is adjourned *sine die*. The Parties are instructed to submit a joint letter and proposed case management plan in compliance with the Court's Individual Practices and ECF #10 by August 28, 2020. The Court will review the filing and schedule a conference if one is necessary. If the Parties believe a conference would be helpful, the joint letter should so state. If no conference is held, the Court will enter a Case Management Plan and Scheduling Order following review of the Parties' proposal. SO ORDERED.

Date: 8/25/2020
New York, New York

                                      Mary Kay Vyskocil
                                      United States District Judge