# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR

NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

July 19, 2021

BY ECF

The Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street, Room 2230
New York, NY 10007

      Re: *United States of America v. Walter Schik*, 20 Civ. 2211 (MKV)

Dear Judge Vyskocil,

      We represent Defendant Walter Schik in the above-entitled action. We write jointly with the Plaintiff, to respectfully request that the Post-Discovery Conference currently scheduled for July 23, 2021, at 12:00 p.m., be held virtually rather than in-person, due to the ongoing COVID-19 pandemic, as well as scheduling constraints on the part of counsel for both parties.

      In the alternative, should the Court prefer that the Post-Discovery Conference be held in person, we respectfully request that the Court re-schedule the conference for a date after August 1st. I am not available for an in-person conference on July 23, and counsel for Plaintiff had previously scheduled to be out of town this week and next week.

      We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    Juliet L. Fink

---

The Post-Discovery Conference scheduled for July 23, 2021 at 12:00pm will proceed as scheduled. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

Date: 7/20/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge