UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           -against-<br><br>Walter Schik,<br><br>                    Defendant. | 20-cv-02211 (MKV)<br><br>POST CONFERENCE<br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic post-discovery conference on July 23, 2021. Counsel for all parties were in attendance. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- Plaintiffs are granted leave to move for Summary Judgment. The briefing schedule is as follows:
    - Plaintiff's Motion is due on or before **August 20, 2021**.
    - Defendant's Opposition is due on or before **September 20, 2021**.
    - Plaintiff's Reply is due on or before **October 4, 2021**.

- The parties shall confer with respect to settlement and referral to a Magistrate Judge and file a letter on ECF on or before **August 2, 2021.**

The parties shall consult the Court's Individual Practice Rules and ensure compliance therewith. **Failure to comply with deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses.**

SO ORDERED.

Date:  July 23, 2021                                                          _____
          New York, NY                                                          MARY KAY VYSKOCIL
                                                                                                 United States District Judge