

Cited in USv Schik
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

SINCE 1828

# Q

GAMES & QUIZZES THESAURUS WORD OF THE DAY FEATURES
- SHOP

Buying Guide ↗ M-W Books ↗
SUBSCRIBE TO MWU

- ⌄

   ⚑ MY WORDSMY WORDS    RECENTS settings log out
- LOG IN

- REGISTER



willful

✕

🔍

dictionary
thesaurus

Log in Sign Up

Hello,

Games & Quizzes   Thesaurus   Word of the Day   Features   Buying Guide ↗   M-W Books ↗   Subscribe to MWU

- 🔖 My WordsMy Words
- 🔖 View Recents
- 🔖 Account

Log Out

# willful

adjective

🔖 Save Word

To save this word, you'll need to log in.

Log In

will·ful | \ ˈwil-fəl 🔊 \
variants: or wilful

## Definition of *willful*

1 **:** obstinately and often perversely self-willed a stubborn and willful child
2 **:** done deliberately **:** intentional willful disobedience

⬇ Other Words from *willful*  ⬇ Synonyms & Antonyms  ⬇ Choose the Right Synonym  ⬇ More Example Sentences  ⬇ Learn More About *willful*

## Other Words from *willful*

willfully \ ˈwil-fə-lē 🔊 \ adverb
willfulness noun

## Synonyms & Antonyms for *willful*

Synonyms

- balky,

Cited in US v Schik
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

- contrary,
- contumacious,
- defiant,
- disobedient,
- froward,
- incompliant,
- insubordinate,
- intractable,
- obstreperous,
- rebel,
- rebellious,
- recalcitrant,
- recusant,
- refractory,
- restive,
- ungovernable,
- unruly,
- untoward,
- wayward

Antonyms

- amenable,
- biddable,
- compliant,
- conformable,
- docile,
- obedient,
- ruly,
- submissive,
- tractable

Visit the Thesaurus for More ⓥ

# Choose the Right Synonym for *willful*

unruly, ungovernable, intractable, refractory, recalcitrant, willful, headstrong mean not submissive to government or control. unruly implies lack of discipline or incapacity for discipline and often connotes waywardness or turbulence of behavior. *unruly* children ungovernable implies either an escape from control or guidance or a state of being unsubdued and incapable of controlling oneself or being controlled by others. *ungovernable* rage intractable suggests stubborn resistance to guidance or control. *intractable* opponents of the hazardous-waste dump refractory stresses resistance to attempts to manage or to mold. special schools for *refractory* children recalcitrant suggests determined resistance to or defiance of authority. acts of sabotage by a *recalcitrant* populace willful implies an obstinate determination to have one's own way. a *willful* disregard for the rights of others headstrong suggests self-will impatient of restraint, advice, or suggestion. a *headstrong* young cavalry officer

# Examples of *willful* in a Sentence

a stubborn and *willful* child He has shown a *willful* disregard for other people's feelings.
Recent Examples on the Web Students often don't show up for reasons that aren't *willful*: Some struggle with getting a ride to school. — Lily Altavena, *Detroit Free Press*, 17 Nov. 2021 These approaches to history, while the products of different eras, share a *willful* disregard for -- and desire among some to obscure or deny -- the more harrowing realities of America's racial past, and a focus on the classroom as a battleground. — Peniel E. Joseph,

Cited in US v Schik
20cv02211 Decided 3/8/22

Archived on 3/18/22

The document is protected by copyright.
Further reproduction is prohibited without permission.

*CNN*, 30 Oct. 2021 That the woke left seems never to have read one suggests that its economic ignorance is *willful*. — *WSJ*, 8 Oct. 2021 [See More](#)

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'willful.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. [Send us feedback](#).

# First Known Use of *willful*

13th century, in the meaning defined at [sense 1](#)

# Learn More About *willful*

Share *willful*

[Post the Definition of willful to Facebook](#)   [Share the Definition of willful on Twitter](#) 

Time Traveler for *willful*



# The first known use of *willful* was in the 13th century

[See more words from the same century](#)

# Dictionary Entries Near *willful*

[willeyer](#)

willful

[Willgerodt-Kindler reaction](#)

[See More Nearby Entries](#)

# Statistics for *willful*

Last Updated

14 Mar 2022

Look-up Popularity

Top 2% of words

Cite this Entry

"Willful." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/willful. Accessed 18 Mar. 2022.

**Style:** MLA
MLA✓ Chicago✓ APA✓ Merriam-Webster✓
Seen & Heard
People are talking about



AdChoices ▷                          Sponsored

Cited in US v Schik
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

More Definitions for *willful*

willful

adjective
will·ful
variants: or wilful \ ˈwil-fəl \

# Kids Definition of *willful*

1 **:** stubborn sense 1 *willful* children
2 **:** intentional *willful* disobedience

Other Words from *willful*

willfully \ -fə-lē \ adverb
willfulness noun

willful

adjective
will·ful

variants: or wilful \ ˈwil-fəl 🔊 \

# Legal Definition of *willful*

**:** not accidental **:** done deliberately or knowingly and often in conscious violation or disregard of the law, duty, or the rights of others willful injury

Other Words from *willful*

willfully adverb
willfulness noun

More from Merriam-Webster on *willful*

Nglish: Translation of *willful* for Spanish Speakers

Britannica English: Translation of *willful* for Arabic Speakers

Cited in US v Schik
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

**WORD OF THE DAY**

___

nascent 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address          SUBSCRIBE

**Test Your Vocabulary**

Name that Food

- 
  - Name these cookies!

[ **macaroons** ]    [ **macarons** ]

Test your visual vocabulary
with our 10-question
challenge!

TAKE THE QUIZ

A daily challenge for
crossword fanatics.

TAKE THE QUIZ

Cited in U.S. v. Sarik
20cv02211 Decided 3/9/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced
search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

**WORDS AT PLAY**

## 30 Ways to Tell the Future

Let us know if any of these work for you

## Is it 'St. Patty's Day' or 'St. Paddy's Day'?

## 13 Unusually Long English Words

Pulchritudinous and many more

## Clever Insults

Flummox your foes with the finest vocabulary

**ASK THE EDITORS**

## 'Everyday' vs. 'Every Day'

A simple trick to keep them separate

Cited in US v Schm
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction prohibited without permission.

## What Is 'Semantic Bleaching'?

How 'literally' can mean
- "figuratively"

## Literally

How to use a word that (literally)
- drives some pe...

## Is Singular 'They' a Better Choice?

- The awkward case of 'his or her'

### WORD GAMES

## Great Words for Scrabble

Words to improve your Scrabble
game

- **TAKE THE QUIZ**

Cited in US v. Schill
20cv02211 Decided on 3/18/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

# The Return of Commonly Confused Words

Your challenge is imminent. Or is it immanent?

- **TAKE THE QUIZ**

# Name That Thing

Test your visual vocabulary with our 10-question ...

- **TAKE THE QUIZ**

Cited in US v Schik
20cv02211 Decided 3/8/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER DICTIONARY API
- NGLISH - SPANISH-ENGLISH TRANSLATION
- BRITANNICA ENGLISH - ARABIC TRANSLATION

**FOLLOW US**

Case 1:20-cv-02211-MKV   Document 50   Filed 03/24/22   Page 11 of 11

Browse the Dictionary:   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z   0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  Contact Us  |  Join MWU  |  Videos  |  Word of the Year  |  Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |  Terms of Use

Browse the Thesaurus  |  Browse the Medical Dictionary |  Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated

Cited in US v Schik
20cv02211 Decided 3/8/22

Archived on 3/18/22

This document is protected by copyright.
Further reproduction is prohibited without permission.