USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 20-CV-2211 (MKV) |
| ) | |
| WALTER SCHIK ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

This matter was previously in mediation referral. On June 23, 2022, the parties engaged in a mediation conference. Subsequently, the parties exchanged drafts of a potential settlement in this matter. Currently, the parties have essentially agreed on the terms of a potential resolution that the Government is prepared to recommend to the Tax Division of the Department of Justice for approval, except for the payment schedule and terms, which we are working to try to resolve.

Counsel for Defendant Walter Schik and the United States respectfully request an additional 60 days before reporting back to the Court in order to seek to finalize the settlement and payment terms.

//

Dated: February 7, 2023

                          */s/ Juliet L. Fink*
                          JULIET L. FINK
                          Kostelanetz LLP
                          7 World Trade Center, 34th Floor
                          New York, New York 10007
                          (212) 808-8100 (phone)
                          (212) 808-8108 (fax)
                          jfink@kflaw.com
                          *Attorneys for Defendant Walter Schik*


                          */s/ Peter Aronoff*
                          PETER ARONOFF
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          (212) 637-2677 (phone)
                          peter.aronoff@usdoj.gov
                          *Counsel for the United States of America*


**Granted. SO ORDERED.**

Date: 2/13/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge