

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 12, 2023

By ECF
The Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *United States of America v. Walter Schik*, 20 Civ. 2211 (MKV)

Dear Judge Vyskocil:

This Office represents plaintiff the United States of America. As directed, I write in advance of the conference set for next week, *see* ECF No. 64, to provide a status report.[1]

As noted in previous letters, government counsel and the defendant were able, with assistance from the mediator, to agree to recommend to the Department of Justice ("DOJ") and Internal Revenue Service ("IRS") key financial terms of a potential resolution of this matter. This potential resolution remains subject to the review and approval of high-level officials at the IRS and DOJ. The government is endeavoring to conclude this process as quickly as practicable.

The undersigned will be prepared to discuss these matters further at next week's conference. We thank the Court for its consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone 212-637-2697
Facsimile  212-637-2717
E-mail:    peter.aronoff@usdoj.gov

---

[1] The Court's May 31 Order, ECF No. 64, required a joint status report. I was unable to share a version of this letter with defense counsel until earlier this evening, and defense counsel has not yet provided any comments. Because the letter is due today, and because the information here relates principally to the government's internal review process, the report is being provided solely from the government.